UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GUEST SERVICES, INC.,

    Petitioner,

v.                                     Case No. 2:20-cv-00598-JLB-NPM

MELISSA DOGALI,

    Respondent.
_____/

## ORDER

The Magistrate Judge filed a Report and Recommendation ("R&R") in this matter on January 7, 2020, recommending that the motion for default judgment filed by Petitioner Guest Services, Inc. ("Guest Services") be granted. (Doc. 14.) Guest Services prevailed in an arbitration against Respondent Melissa Dogali based on her claims of retaliation and workplace discrimination—Ms. Dogali was not awarded any money, and each party bore its own costs and fees. (Doc. 1-4.) Guest Services now moves for a default final judgment and confirmation of the favorable Arbitration Award. (Id.) No objections to the R&R have been filed.

A district judge may accept, reject, or modify the magistrate judge's R&R. 28 U.S.C. § 636(b)(1). The factual findings in the R&R need not be reviewed de novo in the absence of an objection, but legal conclusions are always reviewed de novo. Id.; Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). After an independent review of the

record—and noting that no objections have been filed—the Court agrees with the well-reasoned R&R and grants Guest Services' motion.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 14.) is **ADOPTED**.

2. Guest Services' motion for default judgment (Doc. 9) is **GRANTED**, and the Arbitration Award (Doc. 1-4) is **CONFIRMED**,

3. The Clerk of Court is **DIRECTED** to enter a Final Judgment in favor of Guest Services based on the Arbitration Award (Doc. 1-4), with each party to bear its own fees and costs, and to close the case.

**ORDERED** in Fort Myers, Florida, on January 13, 2021.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE